1  CAROL C. LAM
   United States Attorney
2  STEVEN DE SALVO
   Assistant United States Attorney
3  California State Bar No. 199904
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7032
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

```
                    ┌─────────────────────────┐
                    │        FILED            │
                    │                         │
                    │      FEB - 8 2007       │
                    │                         │
                    │  CLERK U.S. DISTRICT COURT │
                    │ SOUTHERN DISTRICT OF CALIFORNIA │
                    │ BY            (MB)  DEPUTY │
                    └─────────────────────────┘
```

8
                    UNITED STATES DISTRICT COURT
9
                 SOUTHERN DISTRICT OF CALIFORNIA   07CR 0281-BEN
10

11  UNITED STATES OF AMERICA,          )   Magistrate Case No. 07MJ0216
                                       )
12                  Plaintiff,         )
                                       )   **STIPULATION OF FACT AND JOINT**
13         v.                          )   **MOTION FOR RELEASE OF**
                                       )   **MATERIAL WITNESS(ES) AND**
14  JESSIE RODRIGUEZ (1),              )   **ORDER THEREON**
                                       )
15                  Defendant.         )
    _____)   **(Pre-Indictment Fast-Track Program)**

16         **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17  OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and

18  Steven De Salvo, Assistant United States Attorney, and defendant JESSIE RODRIGUEZ, by and

19  through and with the advice and consent of defense counsel, Robert H. Rexrode, Esq., Federal

20  Defenders of San Diego, Inc., that:

21         1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

22  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25  of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26  § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27  //

28  //

1    2.      Defendant acknowledges receipt of a plea agreement in this case and agrees to

2   provide the signed, original plea agreement to the Government not later than five business days

3   before the disposition date set by the Court.

4    3.      Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5   before **March 1, 2007.**

6    4.      The material witness, Arturo Vega-Alcantara, in this case:

7            a.      Is an alien with no lawful right to enter or remain in the United States;

8            b.      Entered or attempted to enter the United States illegally on or about

9   January 27, 2007;

10           c.      Was found in a vehicle driven by defendant at the San Ysidro, California Port

11  of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that he was an alien

12  with no lawful right to enter or remain in the United States;

13           d.      Was paying $2,200 to defendants to be brought into the United States illegally

14  and/or transported illegally to his destination therein; and,

15           e.      May be released and remanded immediately to the Department of Homeland

16  Security for return to his country of origin.

17   5.      After the material witnesses are ordered released by the Court pursuant to this

18  stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

19  reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

20. including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21           a.      The stipulated facts set forth in paragraph 4 above shall be admitted as

22  substantive evidence;

23           b.      The United States may elicit hearsay testimony from arresting agents

24  regarding any statements made by the material witness(es) provided in discovery, and such testimony

25  shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

26  of (an) unavailable witness(es); and,

27           c.      Understanding that under Crawford v. Washington, 124 S. Ct. 1354 (2004),

28  Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jessie Rodriguez (1)                    2                    07MJ0216

1    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

2    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

3    waives the right to confront and cross-examine the material witness(es) in this case.

4         6.      By signing this stipulation and joint motion, defendant certifies that defendant has

5    read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

6    further that defendant has discussed the terms of this stipulation and joint motion with defense

7    counsel and fully understands its meaning and effect.

8         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

9    immediate release and remand of the above-named material witness(es) to the Department of

10   Homeland Security for return to his country of origin.

11        It is STIPULATED AND AGREED this date.

12                                    Respectfully submitted,

13                                    CAROL C. LAM

14                                    United States Attorney

15   Dated: 2/8/07 .

16                                    STEVEN DE SALVO

                                      Assistant United States Attorney

17

18   Dated: 2/2/07 .

                                      ROBERT H. REXRODE

19                                    Defense Counsel for JESSIE RODRIGUEZ

20   Dated: 2/2/07 .

21                                    JESSIE RODRIGUEZ

                                 Defendant

22

23

24

25

26

27

28   Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Jessie Rodriguez (1)         3           07MJ0216

1
## O R D E R

2    Upon joint application and motion of the parties, and for good cause shown,

3    **THE STIPULATION** is admitted into evidence, and,

4    **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5  forthwith to the Department of Homeland Security for return to his country of origin.

6    **SO ORDERED.**

7    Dated: _2/8/07_ .

United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jessie Rodriguez (1)            4            07MJ0216

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
             Plaintiff          )      CRIMINAL NO. _____
                    )      ORDER
      vs.           )
                    )      RELEASING MATERIAL WITNESS
Rodriguez (1)           )
                    )      Booking No.
       Defendant(s)        )

On order of the United States ~~District~~/ Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

ARTURO VEGA-ALCANTARA

DATED: __02/08/07__

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
            DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
         Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082